## JOHN DYKES V. THE STATE.

No. 19351.   Delivered February 2, 1938.

The opinion states the case.

*E. J. Conn,* of Lufkin, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for hog theft; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The record is before this court without statement of facts or bills of exception.   In the absence of the evidence adduced upon the trial, this court is unable to appraise the matters presented in the motion for new trial.

No error having been perceived requiring a reversal, the judgment of the trial court is affirmed.

*Affirmed.*